UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES HARVEY BROWN,

        Plaintiff,    Case Number 21-12618
v.    Honorable David M. Lawson
            Magistrate Judge Patricia T. Morris
T. RYDER and DR. WATSON,

        Defendants.
_____/

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS, GRANTING IN PART MOTION TO DISMISS BY DEFENDANT PETER WATSON, GRANTING MOTION TO DISMISS BY DEFENDANT TIMOTHY RYDER, AND DISMISSING THE CASE

Presently before the Court are two reports issued on April 28, 2022 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b), recommending that the Court grant in part a motion to dismiss by defendant Peter Watson, grant in whole a separate motion to dismiss by defendant Timothy Ryder, and dismiss all of the pleaded claims. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the reports and recommendations (ECF No. 30, 31) are **ADOPTED**.

It is further **ORDERED** that the motion to dismiss by defendant Peter Watson (ECF No. 27) is **GRANTED IN PART**, and all of the plaintiff's claims against defendant Peter Watson

- 2 -

(a/k/a Dr. Watson) are **DISMISSED WITHOUT PREJUDICE**.  The motion is **DENIED** in all other respects.

It is further **ORDERED** that the motion to dismiss by defendant Timothy Ryder (ECF No. 25) is **GRANTED**, and all of the plaintiff's claims against defendant Timothy Ryder (a/k/a T. Ryder) are **DISMISSED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   June 13, 2022